## STATE OF CONNECTICUT *v.* CHRISTOPHER BERNIER

The state of Connecticut's petition for certification for appeal from the Appellate Court, 46 Conn. App. 350 (AC 15731), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that *State* v. *Joyce,* 229 Conn. 10 (1994), requires that a search warrant be obtained to test items lawfully seized as part of an investigation into the cause and origin of a residential fire?"

The Supreme Court docket number is SC 15781.

*Timothy J. Sugrue,* executive assistant state's attorney, in support of the petition.

*A. Thomas Waterfall,* in opposition.

Decided September 30, 1997

## STATE OF CONNECTICUT *v.* PAUL SHARP

The defendant's petition for certification for appeal from the Appellate Court, 46 Conn. App. 269 (AC 15792), is denied.

*John S. Aissi,* special public defender, in support of the petition.

*Ellen A. Jawitz,* deputy assistant state's attorney, in opposition.

Decided September 30, 1997